United States District Court

Eastern District of California

| | |
|---|---|
| Alonzo Lonnie Collins, | No. Civ. S 05-1003 MCE PAN P |
|     Petitioner, | Order |
|   vs. | |
| Charles Sheldon, | |
|     Respondent. | |

-oOo-

Petitioner, a state prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

Petitioner challenges a conviction in the Los Angeles County Superior Court. This court and the United States District Court in the district where petitioner was convicted both have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), but witnesses and evidence necessary for the

resolution of petitioner's application are more readily available in Los Angeles County.  Id. at 499 n. 15; 28 U.S.C. § 2241(d).

Accordingly, in the furtherance of justice, I hereby order that this matter is transferred to the United States District Court for the Central District of California.

Dated:  May 26, 2005.

                                      /s/ Peter A. Nowinski
                                      PETER A. NOWINSKI
                                      Magistrate Judge